IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:05-CR-60 |
| RAYMOND EMILE MAS, | ) | (JORDAN/GUYTON) |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendant's Motion for Continuance of Suppression Hearing [Doc. 30], filed on September 13, 2005. The defendant asks the Court to continue the suppression hearing, which is set for September 21, 2005, because the parties are presently discussing the resolution of this case through a plea. He maintains that postponing the suppression hearing should not interfere with the January 11, 2006 trial date in this case. The government confirmed with the Court that it does not object to a continuance of the suppression hearing.

Because the defendant has stated good cause for the continuance and the government does not oppose it, the Motion for Continuance of Suppression Hearing [**Doc. 30**] is **GRANTED**. The suppression hearing set for **September 21, 2005, at 1:30 p.m.**, is removed from the docket. The defendant is to contact chambers on or before **October 16, 2005**, to reset the suppression hearing

1

for a date within the next two weeks, if the hearing remains necessary.  All other dates in the case, including the January 11, 2006 trial date, shall remain the same at this time.

    **IT IS SO ORDERED.**

                                                              ENTER:

                                                               _s/ H. Bruce Guyton_
                                                               United States Magistrate Judge